1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ANTHONY CARDONA,                    No.  2:23-cv-0766 AC P

12              Plaintiff,

13         v.                                    ORDER AND FINDINGS &
                                                 RECOMMENDATIONS
14    RICKETT,

15              Defendant.

16

17        By order filed October 25, 2023, the complaint was screened and found to not state a

18    claim for relief.  ECF No. 9.  Plaintiff was given thirty days to file an amended complaint and

19    cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id.

20    at 6.  After plaintiff failed to file an amended complaint, he was given an additional twenty-one

21    days to amend the complaint and warned that failure to do so would result in a recommendation

22    that this action be dismissed without further warning.  ECF No. 12.  Twenty-one days have now

23    passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's

24    order.

25        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly

26    assign a United States District Judge to this action.

27        IT IS FURTHER RECOMMENDED that the complaint be dismissed for failure to state a

28    claim for the reasons set forth in the October 25, 2023 Screening Order (ECF No. 9).  See L.R.

1 | 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

2 |      These findings and recommendations are submitted to the United States District Judge

3 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4 | after being served with these findings and recommendations, plaintiff may file written objections

5 | with the court and serve a copy on all parties.  Such a document should be captioned "Objections

6 | to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

7 | objections within the specified time may waive the right to appeal the District Court's order.

8 | Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9 | DATED: January 25, 2024

10 |

11 | ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2