1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ANTHONY CARDONA,                    No.  2:23-cv-0766 WBS AC P

12                  Plaintiff,

13         v.                                    ORDER

14    RICKETT,

15                  Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 25, 2024, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  ECF No. 13.  Plaintiff has

23    not filed objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27         1.  The findings and recommendations filed January 25, 2024 (ECF No. 13), are adopted

28    in full.

1

1    2.   The complaint is dismissed for failure to state a claim for the reasons set forth in the

2    October 25, 2023 Screening Order (ECF No. 9).  See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C.

3    § 1915 A.

4    3.   The Clerk of the Court is directed to close this case.

5    Dated:  February 27, 2024

6    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12   Card0766.800

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28